Nadine WARREN, Plaintiff-Appellant,

v.

Otis R. BOWEN, Secretary of Health
and Human Services,*
Defendant-Appellee.

No. 85–2360.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted Nov. 14, 1986.

Filed May 6, 1987.

Legal Assistance for the Elderly, Brent Kato and Francine Zepeda, San Francisco, Cal., for plaintiff-appellant.

---

\* Otis R. Bowen is substituted for his predecessor, Margaret M. Heckler, pursuant to Fed.R.App.P. 43(c)(1).

**64**

Department of Health and Human Services, Gregg A. Frampton, Asst. Regional Atty., San Francisco, Cal., for defendant-appellee.

Before WRIGHT, SNEED and KOZINSKI, Circuit Judges.

### ORDER

The opinion in this case is amended by deleting the current language, beginning with "eliminate the presumption," *Warren*, 804 F.2d 1120, 1121 (9th Cir.1986); and replacing it with the following:

> "codify the presumption that *Patti* created. *See* 42 U.S.C.A. § 1382c(a)(5) (1983 Supp.1986). We must now look to the statute and the regulations for guidance. These support the Secretary's position. AFFIRMED."

The petition for rehearing en banc is otherwise denied.

The full court was advised of the suggestion for rehearing en banc. No active judge having requested a vote on whether to rehear the matter en banc, the suggestion is rejected. Fed.R.App.P. 35.